FILED
2025 Mar-21 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/GAM: March 2025

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **KELLIE JOHNSON** | ) |

### INFORMATION

The United States Attorney charges:

### COUNT ONE
**Bank Embezzlement**
**18 U.S.C. § 656**

From in or about July 2013, and continuing through in or about June 2023, in Cullman County, within the Northern District of Alabama, and elsewhere, the defendant,

**KELLIE JOHNSON,**

being an officer, agent, and employee of First Community Bank of Cullman, whose deposits were insured by the Federal Deposit Insurance Corporation, with the intent to injure and defraud First Community Bank of Cullman, knowingly and willfully misapplied, embezzled, abstracted, and purloined approximately $2,376,325.07 of the moneys, funds, assets, and securities of First Community Bank of Cullman, in that the defendant conducted unauthorized Automated Clearing House (ACH)

transactions to pay personal expenses that cleared through First Community Bank of Cullman's account with the Federal Reserve Bank in Atlanta, Georgia.

All in violation of Title 18, United States Code, Section 656.

## NOTICE OF FORFEITURE

1. The allegations of Count One of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 656, as set forth in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), any and all property constituting, or derived from, proceeds the defendant obtained directly or indirectly as a result of the commission of said offense, including but not limited to, $2,238,139.67 in United States currency representing the amount of proceeds traceable to the commission of said offense.

3. If any of the property described above as being forfeitable under Title 18, United States Code, Sections 982(a)(2)(A), as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

PRIM F. ESCALONA
United States Attorney

*Digitally signed by GEORGE MARTIN*
*Date: 2025.03.13 11:10:05 -05'00'*

George A. Martin, Jr.
Assistant United States Attorney